**CR 12-0486**

JDL:BGK
F.#2012R00569/NY-NYE-678

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

FERMIN ALEXIS TEJEDA,

        Defendant.

_FERMIN ALEXIS TEJEDA_ -X

THE GRAND JURY CHARGES:

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JUL 27 2012 ★

BROOKLYN OFFICE

I N D I C T M E N T

Cr. No. _____
(T. 21, U.S.C.,
§§ 841(b)(1)(B)(ii)(II),
846, 853(a) and 853(p);
T. 18, U.S.C., §§ 3551
et seq.)

GARAUFIS, J

_____, M.J.

## CONSPIRACY TO DISTRIBUTE COCAINE

1. On or about and between March 16, 2012 and March 26, 2012, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant FERMIN ALEXIS TEJEDA, together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance, which offense involved 500 grams or more of a substance containing cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846 and 841(b)(1)(B)(ii)(II); Title 18, United States Code, Sections 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

2. The United States hereby gives notice to the defendant that, upon conviction of the offense charged in this Indictment, the government will seek forfeiture in accordance with Title 21, United States Code, Section 853(a), which requires any person convicted of such offense to forfeit any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any

2

other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 21, United States Code, Sections 853(a) and 853(p))

A TRUE BILL

_____
FOREPERSON

---

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

3

F.#2012R00569

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

## THE UNITED STATES OF AMERICA

vs.

FERMIN ALEXIS TEJEDA,

Defendant.

## INDICTMENT

((T. 21, U.S.C., §§ 841(b)(1)(B)(ii)(II), 846, 853(a) and 853(p); T. 18, U.S.C., §§ 3551 et seq.)

*A true bill.*

_____ *Miguel Welch* _____

*Foreman*

*Filed in open court this* _____ *day,*

*of* _____ A.D. 20 _____

_____

*Clerk*

*Bail, $* _____

_____

**Brendan G. King, Assistant United States Attorney, (718) 254-6006**